WASHINGTON L. CLEVELAND et al., Respondents, v. CHARLES
E. HEQUEMBOURG, Appellant.

(Argued April 9, 1879; decided September 16, 1879.)

DECIDED on the facts in the case.

*Samuel Hand* for appellant.

*C. D. Murray* for respondents.

FOLGER, J., reads for reversal and new trial, unless plaintiffs stipulate to reduce the recovery in the amount of two allowances made to them of $655.35 and $806.41, in which event judgment, as so modified, affirmed, without costs to either party.

All concur.

Judgment accordingly.

---

THE PEOPLE ex rel. CHARLES L. MACARTHUR, Respondents, v. THE COMMON COUNCIL OF THE CITY OF TROY, Appellant.

(Argued May 9, 1879; decided September 16, 1879.)

ARGUED and decided with *People ex rel. Francis* v. *Common Council* (*ante,* p. 33).